**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 99 MAL 2017

                 Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court
             v.              :

HOMER RICHARD CLIFFORD SR.,   :

                 Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.